

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEVE JUEN and CSDT AMERICA, INC., | § | No. 08-18-00181-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| NOE RODRIGUEZ, | | |
| | § | (TC# 2016DCV2973) |
| Appellee. | | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the final summary judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.